**COMMERCIAL FEDERAL BANK, F.S.B., Plaintiff–Cross Appellant,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 04–5075, 04–5076.**

United States Court of Appeals, Federal Circuit.

April 8, 2005.

Before MAYER, LOURIE, and RADER, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Deloris R. ROBINSON, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 04–3336.**

United States Court of Appeals, Federal Circuit.

April 8, 2005.

Before SCHALL, BRYSON, and GAJARSA, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.